**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA  90017
TELEPHONE (213) 996-4400  FAX (213) 996-4426
LATRUSTEE.COM

**BANKRUPTCY PAYMENT ADDRESS**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

## DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF FEBRUARY 27, 2015
### STEVEN MICHAEL TERRY

### Case Number LA09-45309-NB

**PLAN EXPIRED**

STEVEN MICHAEL TERRY
11355 WALCROFT ST.
LAKEWOOD, CA  90715

### IMPORTANT - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.  If you have not already done so, please mail a copy of your tax returns to the Chapter 13  Trustee Office within 10 days of mailing them to the Internal Revenue Service.

**TAX REFUNDS:** The Bankruptcy Court may have ordered you to tender your tax refunds to the Chapter 13 Trustee.  If your tax refund has not been directly sent to the Chapter 13 Trustee, you must endorse the tax refund check payable to the Chapter 13 Trustee.  Put your name and case number on the tax refund check and mail your tax refund to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF FEBRUARY  27, 2015 ARE $54,740.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/10 | $600.00 | 2/9/10 | $600.00 | 3/2/10 | $406.00 | 3/9/10 | $803.00 | 4/27/10 | $803.00 |
| 5/27/10 | $803.00 | 6/28/10 | $803.00 | 7/27/10 | $803.00 | 8/26/10 | $803.00 | 9/28/10 | $803.00 |
| 10/26/10 | $803.00 | 11/30/10 | $803.00 | 12/29/10 | $803.00 | 1/27/11 | $803.00 | 2/28/11 | $803.00 |
| 3/28/11 | $803.00 | 4/27/11 | $803.00 | 5/26/11 | $803.00 | 6/28/11 | $803.00 | 7/27/11 | $803.00 |
| 8/29/11 | $803.00 | 9/27/11 | $967.00 | 10/26/11 | $967.00 | 11/29/11 | $967.00 | 12/29/11 | $967.00 |
| 1/27/12 | $967.00 | 2/28/12 | $967.00 | 3/27/12 | $967.00 | 4/27/12 | $967.00 | 5/30/12 | $967.00 |
| 6/26/12 | $967.00 | 7/26/12 | $967.00 | 8/28/12 | $967.00 | 9/26/12 | $967.00 | 10/29/12 | $967.00 |
| 11/27/12 | $967.00 | 12/27/12 | $967.00 | 1/28/13 | $967.00 | 2/26/13 | $967.00 | 3/26/13 | $967.00 |
| 4/26/13 | $967.00 | 5/29/13 | $967.00 | 6/26/13 | $967.00 | 7/26/13 | $967.00 | 8/27/13 | $967.00 |
| 9/26/13 | $967.00 | 10/28/13 | $967.00 | 11/26/13 | $967.00 | 12/27/13 | $967.00 | 1/28/14 | $967.00 |
| 2/26/14 | $967.00 | 2/26/14 | $(967.00) | 3/11/14 | $950.00 | 3/19/14 | $950.00 | 3/25/14 | $34.00 |
| 4/9/14 | $967.00 | 5/14/14 | $967.00 | 6/17/14 | $967.00 | 7/8/14 | $967.00 | 8/11/14 | $967.00 |
| 9/9/14 | $967.00 | 10/7/14 | $967.00 | 11/6/14 | $967.00 | 12/11/14 | $967.00 | | |

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF GARY LEIBOWITZ  562-430-6002.
For Online Access to your Case Information, go to: www.ndc.org

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF FEBRUARY 27, 2015

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney. **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

*Interest, late claims or other variables may affect the total amount paid to creditors.
Undistributed Funds $640.04

### AS OF FEBRUARY 27, 2015, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $54,099.96

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | STEVEN MICHAEL TERRY | | | | | $0.00 | |
| ATTY | LAW OFFICE OF GARY LEIBOWITZ | ATTORNEY FEE | $4,893.93 | $4,893.93 | | $4,893.93 | |
| 15 | ONEWEST BANK, FSB  Filed: 05/25/10 | PRINCIPAL RESIDENCE | $18,000.00 | $17,400.92 | 4.25% | $17,400.92 | $1,400.11 |
| 13 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR  Filed: 04/06/10 | SECURED CLASS 3 | $1,688.43 | $1,502.69 | 6.00% | $1,502.69 | $301.50 |
| | ALTURA CREDIT UNION | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | Acs/dept Of Ed | UNSECURED | $976.00 | $0.00 | | | |
| | Bally Total Fitness | UNSECURED | $543.00 | $0.00 | | | |
| | Bank Of America | UNSECURED | $4,596.00 | $0.00 | | | |
| | CHASE | UNSECURED | $13,324.00 | $0.00 | | | |
| | Sallie Mae | UNSECURED | $34,450.00 | $0.00 | | | |
| | Sallie Mae | UNSECURED | $4,493.00 | $0.00 | | | |
| | Sallie Mae | UNSECURED | $3,513.00 | $0.00 | | | |
| | Sallie Mae | UNSECURED | $2,257.00 | $0.00 | | | |
| | Sallie Mae | UNSECURED | $2,177.00 | $0.00 | | | |
| | Us Dept Of Education | UNSECURED | $7.00 | $0.00 | | | |
| | Gemb/Whitehall | UNSECURED | $4,019.00 | $0.00 | | | |
| | Citi Flex | UNSECURED | $18,344.00 | $0.00 | | | |
| | Cap One | UNSECURED | $6,922.00 | $0.00 | | | |
| | Pheaa/brazos/ameri | UNSECURED | $11,960.00 | $0.00 | | | |
| | Pheaa/brazos/ameri | UNSECURED | $6,749.00 | $0.00 | | | |
| 1 | GREEN TREE SERVICING LLC  Filed: 12/23/09 | UNSECURED | $88,578.37 | $88,578.37 | | $7,174.85 | |
| 10 | CITIBANK N.A.  Filed: 03/24/10 | UNSECURED | $0.00 | $4,540.68 | | $367.80 | |
| 11 | LVNV FUNDING LLC  Filed: 03/25/10 | UNSECURED | $0.00 | $0.00 | | | |
| 12 | EAST BAY FUNDING, LLC  Filed: 04/07/10 | UNSECURED | $980.00 | $1,076.65 | | $87.21 | |
| 14 | SALLIE MAE PC TRUST  Filed: 04/26/10 | UNSECURED | $523.00 | $508.80 | | $41.21 | |
| 2 | CREDIT FIRST N A  Filed: 12/30/09 | UNSECURED | $679.00 | $712.44 | | $57.71 | |
| 3 | PRA RECEIVABLES MANAGEMENT, LLC  Filed: 01/12/10 | UNSECURED | $11,858.00 | $12,317.83 | | $997.74 | |
| 4 | ECMC  Filed: 01/12/10 | UNSECURED | $155,883.00 | $192,798.73 | | $15,616.70 | |
| 5 | MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE LP  Filed: 02/12/10 | UNSECURED | $13,648.00 | $13,595.10 | | $1,101.20 | |
| 6 | PRA RECEIVABLES MANAGEMENT, LLC  Filed: 02/16/10 | UNSECURED | $3,378.00 | $3,713.47 | | $300.79 | |
| 7 | PRA RECEIVABLES MANAGEMENT, LLC  Filed: 02/17/10 | UNSECURED | $760.00 | $857.03 | | $69.42 | |
| 8 | PRA RECEIVABLES MANAGEMENT LLC  Filed: 03/19/10 | UNSECURED | $3,121.00 | $3,106.39 | | $251.62 | |

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF GARY LEIBOWITZ  562-430-6002.
For Online Access to your Case Information, go to: www.ndc.org

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| 9 | LVNV FUNDING LLC<br>Filed: 03/24/10 | UNSECURED | $0.00 | $0.00 | | | |
| TTE | Trustee Fee | | | | | $2,534.56 | |

**If you have any questions regarding your Debtor Status Report, please consult your attorney.**
**Your Attorney is: LAW OFFICE OF GARY LEIBOWITZ  562-430-6002.**
**For Online Access to your Case Information, go to: www.ndc.org**

# DEBTOR CHANGE OF INFORMATION FORM

Please Complete and Sign this Form if the following Information Changed.
**STEVEN MICHAEL TERRY**

**LA09-45309-NB**

| Change of Name | |
|---|---|
| Change of Address | |
| Change of Phone Numbers | Home / Work / Cell |
| Change of Employer<br>New Employer Name<br>Address<br>Phone Number | |

The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.

**Debtor's Signature** _____ Date_____

**Co- Debtor's Signature** _____ Date_____

**FAX THIS FORM TO: (213) 996-4426**
**or EMAIL THIS FORM TO:** info@latrustee.com

---

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF GARY LEIBOWITZ  562-430-6002.
For Online Access to your Case Information, go to: www.ndc.org

TERRY                                          LA09-45309-NB                                          Page 4 of 4